CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### Southern District of California



**FILED**

Mar 16 2026

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
BY _____ s/ DimitriEnglish _____ **DEPUTY**

|  |  |  |
|---|---|---|
| Negin Nasiri Kenari | ) ) ) | Case No. **'26 CV 1630 BJC JLB** |
|  | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |  |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) | Jury Trial: *(check one)* [X] Yes [ ] No |
| -v- | ) ) ) ) |  |
| Vons Companies Inc. | ) ) |  |
| *Defendant(s)* | ) |  |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) |  |

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Negin Nasiri Kenari |
| Street Address | 1281 9th Ave Unit 1102 |
| City and County | San Diego |
| State and Zip Code | 92101 |
| Telephone Number | (858) 392-2028 |
| E-mail Address | negink21@icloud.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

1

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Vons Companies Inc. |
| Job or Title *(if known)* | |
| Street Address | 1421 S Manhattan Avenue |
| City and County | Fullerton, Orange County |
| State and Zip Code | CA 92831 |
| Telephone Number | 619-415-0737 |
| E-mail Address *(if known)* | Crystal.Maving@albertsons.com.     (HR) |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒  Federal Question           ☐  Diversity of Citizenship        ☐  U.S. Government Defendant

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of (*name*) _____ . Or is a citizen of  (*foreign nation*) _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.     If the defendant is a Limited Liability Company (LLC)

The defendant LLC's individual members, *(names)* _____

are citizens of the following States or foreign nations *(names)*:

_____ .

3

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

    c.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.    Venue

The Southern District of California includes the Counties of San Diego and Imperial. If <u>one</u> of the venue options below applies, the Southern District is the correct place to file your lawsuit.

Venue is appropriate in this Court because *(check all that apply)*:

- ☒ a substantial part of the events I am suing about occurred in San Diego or Imperial County
- ☐ a substantial part of the property I am suing about is located in San Diego or Imperial County
- ☐ I am suing the U.S. government, federal agency, or a federal official in his/her/their official capacity <u>and</u> I live in San Diego or Imperial County
- ☐ at least one defendant resides in this district and all other defendants reside in California
- ☐ Other (identify the specific statute that says venue is proper here):

_____ .

4

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## IV.    Statement of Claim(s)

Write a short and plain statement of each claim or legal cause of action you believe entitles you to relief. In your own words, briefly explain <u>what</u> each defendant did, <u>when</u> and <u>where</u> they did it, and <u>how</u> each defendant's acts or omissions caused you harm. If you wish to make more than one claim for relief, number each one and include a short and plain statement of each claim in a separate paragraph, as set forth below. Attach additional pages if needed.

A.    FIRST CLAIM FOR RELIEF: Hostile Work Environment under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2 (identify the law or right you claim was violated), by Vons Companies Inc.

(name the defendant(s) involved).

Supporting Facts: (explain what happened): Plaintiff was employed by Defendant Vons Companies Inc. and previously held a managerial position starting Oct 2021. During Plaintiff's time as a manager, Plaintiff experienced repeated harassment from customers directing hostile behavior toward Plaintiff. May 2022, customer recorded video of Plaintiff while she was working at the register. The customer posted video on the Scripps Ranch Neighborhood Site Nextdoor bullying the Plaintiff who was Pharmacist in Charge of Pharmacy. Customers repeatively would bring up the post to the staff and humiliate the Employee. Plaintiff reported this conduct to management and requested help addressing customers .Plaintiff explained that the behavior felt hostile and was racially motivated to supervisor. ; Plaintiff's mental and physical health declined significantly. Plaintiff voluntarily stepped down to a part-time pharmacist position on July 18th 2022. When Plaintiff raised concerns about the harassment and hostile workplace treatment ; She noticed a change in the defendant's behavior. She started recieving negative feedback and the defendant started mentioning that negative feedback was being put on personal file.

After stepping down Plaintiff was very outspoken about issues that she had in the pharmacy during the Covid pandemic; She had spoken to her supervisor and the union about how intense it was in the pharmacy.

The union and HR failed to take any corrective actions when it was brought to either attention which allowed conduct to continue. During 2022-2024 Plaintiff worked part time for the defendant while experiancing illness. Her symptoms of irritable bowel syndrome and fibromyalgia and depression/anxiety had progressed. During the years 2022-2024, she floated to different stores, hoping her health conditions would improve and perhaps customers would be more respectful at other stores. In 2025 when Plaintiff situation had changed; and she wanted full time employment; management started more frequent write ups that when

Plaintiff filed a charge of discrimination EEOC. Supporting facts: "See Attachment A and B."

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## IV. Statement of Claim(s) (cont'd)

B.    SECOND CLAIM FOR RELIEF: Retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-3 _____ (identify the law or right you

claim was violated), by  Vons Companies Inc. _____ (name

the defendant(s) involved).

Supporting Facts: (explain what happened): Following her demotion from manger to part time floater pharmacist,  July 2022

Plaintiff started to notice that more and more evaluations were being put on her personal file.

The retaliatory writes up started after her complaints to the union starting June 2022 and her complaint to her supervisor about stressful

work environment and concerns about harassment from customers.

. Reliation further continued after being outspoken and reported the company's lack of safety and concerns about the lack of

safety during covid and her progression health conditions related to stress and viral exposure to OSHA (Occupational Safety and

Health Administration) Feb 2, 2025 . She received a termination letter from management claiming she violated HIPAA when she

reported a false prescription to management using her personal phone March 4, 2025. The companies retaliation became increasing

evident when management started to write up more frequent evaluations based on unsubstantiated claims from unqualified

cashiers on pharmacist counseling ability, Carlsbad store January 9th 2025. Plaintiff was treated differently from other employees

who were not members of her protected class. The defendant continued to use customer complaints about wait times as reasons for .
write ups and call the plainiff names such as lazy and problematic.

C.    THIRD CLAIM FOR RELIEF:  National Origin Discrimination under Title VII of the  (identify the law or right you claim
                                                    Civil Rights Act of 1964, 42 U.S.C. § 2000e-2
was violated), by  Vons Companies Inc. _____ (name the

defendant(s) involved).

Supporting Facts: (explain what happened):  Plaintiff is of Iranian national origin and is a member of a protected class under Title VII..

Throughout her employment, Plaintiff's complaints about racially hostile customer treatment and workplace mistreatment were

dismissed or not taken seriously by Defendant . Plaintiff noticed her complaints and needs were dismissed relative to other employees

(unprotected class) in the same position. Defendant failed to properly investigate or remedy her concerns and instead placed negative

remarks and write-ups in her file, which interfered with her ability to obtain advancement opportunities, including staff pharmacist

positions at other stores. Plaintiff also alleges that in or around February 2025, when she requested an employment verification letter

in connection with pursuing a residency program, Defendant refused to provide it stating that the company does not provide employment

verification. Plaintiff continued to experience retaliatory and discriminatory conduct after filing complaints With EEOC.

contin. "See Attachment A and Attachment B for additional facts supporting this claim."

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.

☒    Money damages in the amount of:    $1,000,000 _____ .

☐    Other (explain): _____

_____

_____

_____

_____

_____

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or lack of information.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        03/13/2026

Plaintiff's Signature:

Plaintiff's Printed Name:    Negin Nasiri Kenari

Negin Nasiri Kenari

1281 9th Ave. Unit 1102

San Diego Ca, 92101

negink21@icloud.com

858-392-2028

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Negin Nasiri Kenari | Case No.: '26CV1630 BJC JLB |
| Plaintiff, | |
| v. | Attachment A |
| Vons Companies Inc. | Kenari V. Vons |
| Defendant. | |

Continuation of First Claim for Relief – Hostile Work Environment

When Plaintiff attempted to report and investigate incidents of racially motivated harassment, Defendant's Human Resources staff did not meaningfully address her concerns. Instead, HR personnel characterized Plaintiff in internal communications as "irate," "demeaning," and "threatening." Plaintiff alleges that these descriptions mischaracterized her attempts to report discrimination and were used to dismiss or minimize her complaints. As a result, Plaintiff's reports of racially hostile conduct were not properly investigated or remedied

1

Continuation of Third Claim for Relief – National Origin Discrimination

Plaintiff further alleges that in or around November 2025, emails regarding an incident involving Plaintiff and a technician were circulated to multiple stores and members of management. Plaintiff contends that these communications publicly humiliated her and damaged her professional reputation. Plaintiff further alleges that Defendant's actions were motivated, at least in part, by discrimination based on Plaintiff's Iranian national origin and resulted in loss of professional opportunities, emotional distress, and other damages.

Timeline of Events

May 2022 – customer harassment incident and video posted online

June–July 2022 – complaints to management and union

July 18, 2022 – stepped down from manager position due to hostile environment

February 2, 2025 – OSHA complaint

January 9, 2025 – disciplinary actions based on complaints from staff

March 4, 2025 – termination letter

November 2025 – emails circulated to multiple stores regarding an incident with a technician that humiliated plaintiff and damaged her professional reputation

Attachment C

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

San Diego Local Office
550 West C Street, Suite 750
San Diego, CA 92101
(619) 900-1616
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 03/13/2026

**To:** Negin Kenari
1281 9th Ave. Unit 1102
San Diego, CA 92101

Charge No: 488-2025-00504

EEOC Representative and email:    OSCAR GONZALEZ
INVESTIGATOR
OSCAR.GONZALEZ@EEOC.GOV

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 488-2025-00504.

On behalf of the Commission,

Digitally Signed By:Jacquelyn Famber
03/13/2026

Jacquelyn Famber
Director

Cc:
Renee Hill
ALBERTSON'S COMPANIES (VONS)
1421 S Manhattan Avenue
Fullerton, CA 92831

Sarah Youngblood-Bates
5918 Stoneridge Mall Road
Pleasanton, CA 94588

Please retain this Notice for your records.